# SHAFER & BAILEY
1808 Seattle Tower
1218 Third Avenue, Seattle WA 98101
206 682 4802

September 14, 2004

Larry Mitchell
9720 Beacon Ave. S.
Seattle WA 98118

Invoice #     15695

Professional services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 8/19/04 | Phone conference with client | 0.40<br>200.00/hr | 80.00 |
|  | Meet with client. Prepare and file emergency schedules. | 2.00<br>200.00/hr | 400.00 |
|  | Letter to secured creditor. Letter to client. | 0.45<br>200.00/hr | 90.00 |
| 8/20/04 | Phone conference with client regarding values of properties. Phone conference with Roger Jones. Letter to Mr. Danielson. | 0.40<br>200.00/hr | 80.00 |
| 8/23/04 | Phone conference with Mr. Danielson. | 0.35<br>200.00/hr | 70.00 |
|  | Phone conference with client regarding foreclosure. | 0.20<br>200.00/hr | 40.00 |
| 8/25/04 | Office conference with client regarding foreclosure sale. | 0.20<br>200.00/hr | 40.00 |
| 8/30/04 | Phone conference with Roger Jones regarding foreclosure issues. Research regarding same. | 0.75<br>200.00/hr | 150.00 |
|  | For professional services rendered | 4.75 | $950.00 |



EXHIBIT 1

| | Amount |
|---|---|
| Balance due | $950.00 |

EXHIBIT 1

# SHAFER & BAILEY
1808 Seattle Tower
1218 Third Avenue, Seattle WA 98101
206 682 4802

November 2, 2004

Larry Mitchell
9720 Beacon Ave. S.
Seattle WA 98118

Invoice #    15764

Professional services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 9/2/04 | Meet with client to review bankruptcy information and work on schedules. | 0.40<br>200.00/hr | 80.00 |
| 9/3/04 | Work on schedules and plan. | 1.00<br>200.00/hr | 200.00 |
|  | Phone conference with client regarding schedules. | 0.25<br>200.00/hr | 50.00 |
| 9/9/04 | Phone conference regarding case status. | 0.10<br>200.00/hr | 20.00 |
| 9/10/04 | Phone conference with client regarding new job options and possible settlement of dispute. | 0.25<br>200.00/hr | 50.00 |
| 9/14/04 | Phone conference with client. | 0.10<br>200.00/hr | 20.00 |
| 9/21/04 | Phone conference with client. | 0.20<br>200.00/hr | 40.00 |
| 9/24/04 | Phone conference with client regarding First Meeting of Creditors and wage deduction. Letter to client. | 0.30<br>200.00/hr | 60.00 |
| 9/27/04 | Attend First Meeting of Creditors. | 1.00<br>200.00/hr | 200.00 |

EXHIBIT 1

Larry Mitchell                                                                 Page     2

|          |                                   | Hrs/Rate        | Amount    |
|----------|-----------------------------------|-----------------|-----------|
| 9/27/04  | Review notes from First Meeting.  | 0.20 200.00/hr  | 40.00     |
|          | For professional services rendered | 3.80           | $760.00   |
|          | Previous balance                  |                 | $950.00   |
|          | Balance due                       |                 | $1,710.00 |

EXHIBIT 1

# SHAFER & BAILEY

1808 Seattle Tower
1218 Third Avenue, Seattle WA 98101
206 682 4802

December 13, 2004

Larry Mitchell
9720 Beacon Ave. S.
Seattle WA 98118

Invoice #    15834

Professional services

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 10/7/04 | JWS | Phone conferences with Roger Jones and client re case. | 0.30 | 60.00 |
| 10/14/04 | JWS | Phone conference with Mr. Jones re proceeding with adversary action to set aside foreclosure. | 0.20 | 40.00 |
| 11/10/04 | JWS | Draft ex parte motion, order and supporting declaration to appoint Roger Jones as special counsel. | 1.00 | 200.00 |
| 11/11/04 | JWS | Modify pleadings re appointment of Roger Jones as Special Counsel. Modify Plan. Letter to client. | 0.60 | 120.00 |
| 11/17/04 | JWS | Phone conference with Roger Jones re case status. | 0.10 | 20.00 |
| 11/18/04 | JWS | Work on pleadings re fee agreement with Mr. Jones. | 0.25 | 50.00 |
| | | For professional services rendered | 2.45 | $490.00 |
| | | Previous balance | | $1,710.00 |
| | | Balance due | | $2,200.00 |

```
For your information only - pay in accordance with Chapter 13 plan and
court orders
```

EXHIBIT 1

# SHAFER & BAILEY
1808 Seattle Tower
1218 Third Avenue, Seattle WA 98101
206 682 4802

January 28, 2005

Larry Mitchell
9720 Beacon Ave. S.
Seattle WA 98118

Invoice #    15903

Professional services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 12/3/04 | JWS | Phone conference with client regarding amendment to plan. | 0.20 | 40.00 |
|  | JWS | Meet with client. Review fee agreement. Discuss plan modification. Discuss need to keep 1st Deed of Trust current. | 0.50 | 100.00 |
| 12/17/04 | JWS | Letter to Roger Jones with copy of court order authorizing Debtor to retain Roger as his attorney. | 0.20 | 40.00 |
| 12/27/04 | JWS | Phone conference regarding case status. | 0.20 | 40.00 |
|  |  | For professional services rendered | 1.10 | $220.00 |
|  |  | Previous balance |  | $2,200.00 |
|  |  | Balance due |  | $2,420.00 |

```
For your information only - pay in accordance with Chapter 13 plan and
court orders
```

EXHIBIT 1

# SHAFER & BAILEY
1808 Seattle Tower
1218 Third Avenue, Seattle WA 98101
206 682 4802

March 24, 2005

Larry Mitchell
9720 Beacon Ave. S.
Seattle WA 98118

Invoice #     16052

Professional services

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 1/5/05 | JWS | Phone conference with client regarding case status. | 0.20 | 40.00 |
| 1/26/05 | JWS | Review correspondence from Trustee regarding case deficiencies. Letter to client regarding amending plan. Draft plan amendment. Letter to Trustee. File response to objection of secured creditor. Phone conference with attorney for secured creditor. | 1.25 | 250.00 |
| 1/31/05 | JWS | Phone conference regarding amending plan. | 0.10 | 20.00 |
| 2/7/05 | JWS | Office conference with client regarding wage stubbs, job status and insurance. | 0.25 | 50.00 |
| | JWS | Office conference with client regarding wage stubbs, job status, insurance. | 0.25 | 50.00 |
| 2/10/05 | JWS | Phone conference with client regarding second amended plan. Finalize plan. Phone conference with Mr. Aguilar, attorney for secured lender, regarding plan. | 0.40 | 80.00 |
| 2/24/05 | JWS | Phone conference with client regarding status of case. | 0.25 | 50.00 |
| | | For professional services rendered | 2.70 | $540.00 |
| | | Previous balance | | $2,420.00 |


EXHIBIT 1

Larry Mitchell                                                                 Page   2

|              | Amount |
|---|---:|
| Balance due  | $2,960.00 |

```
For your information only - pay in accordance with Chapter 13 plan and
court orders
```

EXHIBIT 1

# SHAFER & BAILEY
1808 Seattle Tower
1218 Third Avenue, Seattle WA 98101
206 682 4802

May 6, 2005

Larry Mitchell
9720 Beacon Ave. S.
Seattle WA 98118

Invoice #    16125

Professional services

|  |  | Hours | Amount |
|---|---|---|---|
| 3/21/05 JWS | Phone conference with water utility regarding bill. | 0.20 | 40.00 |
| | For professional services rendered | 0.20 | $40.00 |
| | Previous balance | | $2,960.00 |
| | Balance due | | $3,000.00 |

For your information only - pay in accordance with Chapter 13 plan and
court orders



# SHAFER & BAILEY
1808 Seattle Tower
1218 Third Avenue, Seattle WA 98101
206 682 4802

June 17, 2005

Larry Mitchell
9720 Beacon Ave. S.
Seattle WA 98118

Invoice #    16195

Professional services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 5/5/05 | JWS | Review file. Review Trustee's records. Analysis. Letter to client regarding status of case. | 0.75 | 150.00 |
|  | For professional services rendered |  | 0.75 | $150.00 |
|  | Previous balance |  |  | $3,000.00 |
|  | Balance due |  |  | $3,150.00 |

For your information only - pay in accordance with Chapter 13 plan and court orders


EXHIBIT I

# SHAFER & BAILEY
1808 Seattle Tower
1218 Third Avenue, Seattle WA 98101
206 682 4802

August 26, 2005

Larry Mitchell
9720 Beacon Ave. S.
Seattle WA 98118

Invoice #     16278

Professional services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 6/15/05 | JWS | Read motion for relief from stay. Review record of payments made by client. Review adversary action. Draft response to motion. | 0.75 | 150.00 |
| 6/16/05 | JWS | File reponse to motion for relief from stay. | 0.20 | 40.00 |
|  | JWS | Phone conferences (3) with client regarding motion for relief from stay, status of plan, and insurance. | 0.40 | 80.00 |
|  | JWS | Phone conference with Dan Pharris, attorney for plaintiff, regarding settlement. Letter to client. | 0.40 | 80.00 |
| 6/21/05 | JWS | Review Stipulation proposed by Greentree regarding motion for relief from stay. Phone conference with client regarding Stipulation. | 0.50 | 100.00 |
|  | JWS | Discuss Greentree proposal with client. Phone conference with Greentree's attorney. | 0.45 | 90.00 |
| 7/5/05 | JWS | Review and sign Stipulated Order regarding Relief from stay. Letter to opposing attorney. | 0.30 | 60.00 |
| 7/22/05 | JWS | Phone conference with Roger Jones regarding status of motion for relief filed by Greentree and chapter 13 case. | 0.25 | 50.00 |
|  |  | For professional services rendered | 3.25 | $650.00 |

EXHIBIT 1

Larry Mitchell                                                                 Page    2

|  | Amount |
|---|---:|
| Previous balance | $3,150.00 |
| Balance due | $3,800.00 |

For your information only - pay in accordance with Chapter 13 plan and
court orders

EXHIBIT 1

# SHAFER & BAILEY
1808 Seattle Tower
1218 Third Avenue, Seattle WA 98101
206 682 4802

October 31, 2005

Larry Mitchell
9720 Beacon Ave. S.
Seattle WA 98118

Invoice #      16366

Professional services

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 8/8/05 | JWS | Phone conference with client regarding Green Tree being paid in full from refinance. | 0.25 | 50.00 |
| 8/9/05 | JWS | Phone conference with Roger Jones regarding status of case. | 0.20 | 40.00 |
| | JWS | Phone conference with client regarding status of plan, default with Green Tree and refinance of property. | 0.30 | 60.00 |
| 8/15/05 | JWS | Review file regarding settlement payment due Green Tree. Phone conference with client regarding payment. | 0.25 | 50.00 |
| | JWS | Phone conference with client regarding information regarding how to contact Green Tree. | 0.20 | 40.00 |
| | JWS | Phone conference with attorney for Green Tree regarding payment due 8-16-05. | 0.20 | 40.00 |
| 8/16/05 | JWS | Phone conference with client regarding default on agreement with Green Tree. | 0.25 | 50.00 |
| | JWS | Phone conference with Roger Jones regarding status of case after default. Phone conference with Green Tree's attorney. | 0.40 | 80.00 |
| 8/17/05 | JWS | Read pleadings filed by Green Tree. Letter to client regarding motion for relief from stay. | 0.30 | 60.00 |

EXHIBIT 1

Larry Mitchell                                                                                      Page    2

|          |     |                                                                          | Hours | Amount    |
|----------|-----|--------------------------------------------------------------------------|-------|-----------|
| 8/23/05  | JWS | Office conference with client regarding settlement and dismissal of case. | 0.40  | 80.00     |
| 9/8/05   | JWS | Phone conferences (2) with client regarding paying GreenTree off.        | 0.40  | 80.00     |
|          |     | For professional services rendered                                       | 3.15  | $630.00   |
|          |     | Previous balance                                                          |       | $3,800.00 |
|          |     | Balance due                                                               |       | $4,430.00 |

```
For your information only - pay in accordance with Chapter 13 plan and
court orders
```

EXHIBIT 1

# SHAFER & BAILEY
1808 Seattle Tower
1218 Third Avenue, Seattle WA 98101
206 682 4802

December 15, 2005

Larry Mitchell
9720 Beacon Ave. S.
Seattle WA 98118

Invoice #    16457

Professional services

|  | Hours | Amount |
|---|---|---|
| 10/19/05  JWS  Prepare motion and order dismissing case. | 0.40 | 80.00 |
| For professional services rendered | 0.40 | $80.00 |
| Previous balance |  | $4,430.00 |
| Balance due |  | $4,510.00 |

For your information only - pay in accordance with Chapter 13 plan and
court orders

